Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
(818) 933-5700  Fax: (818) 933-5755

**☐ ORIGINAL**

FILED

AUG - 4 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

ENTERED

AUG - 4 2010

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

IN RE:

Mario Roberto Aguilar
Alma Diana Aguilar

)  CHAPTER 13
)  CASE NO. SV10-12914-GM
)
)  CONF:    Tuesday, July 20, 2010
)  TIME:    1:30 pm
)  PLACE:   Courtroom 303
)           21041 Burbank Blvd.
)           Woodland Hills, CA 91367
)
             DEBTORS                )  ORDER CONFIRMING PLAN

The Debtor's Chapter 13 Plan or Modified Plan, if any, was filed on April 16, 2010.

A Plan, or the final modification of the Plan, was transmitted to the Creditors under Bankruptcy Rule 3015. The first meeting of creditors was held on April 21, 2010. The court finds that the Plan meets the requirements of 11 U.S.C. 1325.

IT IS ORDERED:
The Debtor's Plan was confirmed on July 20, 2010, with the following provisions:

1. Payments: Amount of each payment is $868.00. The due date is day 14 of each month for 60 months. No payroll deduction order is ordered until debtor is in default more than 20 days, unless provided otherwise by the Plan. The Plan provides for the payment of 3.000% of allowed claims of general unsecured creditors.

No further declaration or order is required.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors for post-petition defaults by the debtor.

3. OTHER PROVISIONS:

    (a) This is a base plan with the debtor paying $868.00 per month as disposable income. The court retains jurisdiction to hear the Trustee's motion to compel the debtor to pay all disposable income. Debtor shall submit statements of income on an annual basis to the Trustee, which amount of income shall be reviewed by the Trustee who may petition the court to increase the monthly payment for cause until such time as all allowed unsecured creditors are paid 100%.

    (b) The Trustee is authorized to make payments to holders of claims secured by real property based on Debtor's plan.

    (c) All tax returns to be submitted to the Trustee; all tax refunds to be submitted into the plan if less than 100%; Debtors to obtain court permission before incurring debt greater than $500.

    (d) Miscellaneous: Attorney fees of $4,000 allowed per Rights And Responsibilities Agreement with $2,000 paid up front and $2,000 thru plan @ 100%.

AUG 0 4 2010

Dated: _____

LODGED
AUG - 4 2010

_____
Geraldine Mund
U.S. Bankruptcy Judge

1   Elizabeth Rojas, Chapter 13 Trustee
    15060 Ventura Blvd., Suite 240
2   Sherman Oaks, CA 91403
    (818) 933-5700  Fax: (818) 933-5755
3

4                    UNITED STATES BANKRUPTCY COURT
                      CENTRAL DISTRICT OF CALIFORNIA
5                       SAN FERNANDO VALLEY DIVISION

6   IN RE:                           )   CHAPTER 13
                                     )   CASE NO. SV10-12914-GM
7   Mario Roberto Aguilar            )
    Alma Diana Aguilar               )
8                                    )   **PROOF OF SERVICE BY MAIL**
                                     )
9                    DEBTORS   )
                                     )
10

11                          <u>PROOF OF SERVICE</u>

12       I declare under penalty of perjury that I am over the age of eighteen years and not a party to the
    within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura
13   Blvd., Suite 240, Sherman Oaks, CA 91403, and that on <u>8/3/2010</u> I served the following document(s):
    <u>ORDER CONFIRMING PLAN</u> on all parties in interest listed below, by placing a true copy thereof
14   enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as
15   follows:

16   Mario Roberto Aguilar              L BISHOP AUSTIN & ASSOCIATES
    Alma Diana Aguilar                 3250 Wilshire Boulevard, #1500
17   14836 Kinzie St                    Los Angeles, CA 90010-1502
    North Hills, CA 91343

18   Ms. Jennifer Braun
19   Assistant United States Trustee
    Department of Justice
20   21051 Warner Center Lane, #115
    Woodland Hills, CA 91367-1367

21

22   Executed at Sherman Oaks, California on August 03, 2010.

23

24

25                                        Sophia Lawrence

26

27

28

                          Case No. SV10-12914-GM