| Attorney or Party Name, Address, Telephone and FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **L. Bishop Austin**<br>**3250 WILSHIRE BLVD., STE 1500**<br>**LOS ANGELES, CA 90010**<br>**(213) 388-4939 Fax: (213) 388-2411**<br>**Email: lbishopbk@yahoo.com**<br>California State Bar Number: **175497**<br><br>☒ Attorney for Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER **13**<br><br>CASE NUMBER   **1:10-BK-12914-GM** |
|---|---|
| In re<br><br>**Mario Roberto Aguilar and Alma Diana Aguilar**<br><br><br><br><br><br><br>Debtor(s). | **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY UNDER LBR 3015-1 (p)** |
| | (No Hearing Required) |

Debtor moves this Court for an order authorizing the debtor to sell the real property, described below, pursuant to the terms and conditions described herein. **This is a Short-sale transaction**.

1.    Debtor's Chapter 13 Plan (the "Plan") was confirmed on:___**August 4, 2010**___

2.    Debtor wishes to Sell (Short-sale) the real property (the "Property") located at:
_____**18125 American Beauty Dr., Unit 175**_____
_____**Santa Clarita, California 91387, APN 2844-026-083**_____

The Property is more particularly described in Exhibit "A" attached hereto.

☐ Debtor wishes to modify the Plan for early payment of the Plan as described in the *Motion to Modify Plan* submitted by Debtor concurrently with this Motion.

3.    The sale price of the Property is $ **125,000.00** .   The following are all of the encumbrances of record against the Property:

|   | | |
|---|---|---|
| a) | $265,889.55 | Chase Home Finance (1st Deed of Trust) |
| b) | $61,000.00 | Chase Home Finance (2nd Deed of Trust) |
| c) | 326,889.55 | Total 1st + 2nd |
| d) | **$0.00** | **Equity   = ZERO - No equity Upside down** |
| e) | $0.00 | Seller's final proceeds (this is a short-sale transaction) |

4.    After payment of the foregoing encumbrances and all costs of sale:
☒ there will remain the approximate sum of $__**ZERO**___; OR
☒ no proceeds will remain.

5.    ☒ (a) The Chapter 13 Trustee is hereby authorized to make demand upon escrow for sufficient funds to pay off the Plan with a:
☐ 100% dividend to unsecured creditors; OR
☒ __**0.00**__ % dividend as indicated in the confirmed plan.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                 **F 3015-1.16**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Debtor's Motion For Authority to Sell Real Property - Page 2

F 3015-1.16

| In re: | | CHAPTER 13 |
|---|---|---|
| **Mario Roberto Aguilar and Alma Diana Aguilar** | | |
| | Debtor(s). | CASE NUMBER **1:10-bk-12914-GM** |

After escrow's payment of the encumbrances listed above, any remaining funds shall be paid directly to debtor.
**OR**

☐ (b) The Chapter 13 Trustee is hereby authorized to make demand upon escrow for the balance remaining after escrow's payment of the encumbrances listed above even though the amount is insufficient to pay off the Plan. The sale is for the fair market value of the Property.

6.    The escrow is being processed by:
Escrow company name:    **GREEN FOREST ESCROW**
Address:    9425 TELEGRAPH RD STE 112
PICO RIVERA, CA 90660
Telephone:    (562)821-2600
Facsimile:    (562) 821-2606
Escrow officer:    JOANNA SMITH
Escrow number:    003848-JS

7.    Supporting documents attached to this Motion are:
a) Exhibit "A" – Legal Description with street address
b) Exhibit "B" – Escrow Instructions
c) Exhibit "C" – Listing Agreement
d) Exhibit "D" – Purchase contract
e) Exhibit "E" – Estimated Closing Statement
d) Exhibit "F" – Schedules I and J of the bankruptcy petition

*(Note – Debtor must provide a certified copy of the escrow closing statement within 14 days of the close of escrow.)*

Dated   September 10 , 2010

_____
Attorney for Debtor(s)

I declare under penalty of perjury that the foregoing is true and correct.

Dated   September 10, 2010

_____
Debtor

Dated   September 10, 2010

_____
Joint Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 3015-1.16**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy.

Motion to Modify Plan or Suspend Plan Payments - Page 3                        **F 3015-1.16**

| In re: | | CHAPTER 13 |
|---|---|---|
| **Mario Roberto Aguilar and Alma Diana Aguilar** | | |
| | Debtor(s). | CASE NUMBER 1:10-bk-12914-GM |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010**

A true and correct copy of the foregoing document described as __**DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY UNDER LBR 3015-1 (p)**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __9/10/2010__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __9/10/2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/10/2010 | Moises Lopez | *Moises Lopez* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                 **F 3015-1.16**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy.

Label Matrix for local noticing
0973-1
Case 1:10-bk-12914-GM
Central District Of California
San Fernando Valley
Fri Sep 10 10:33:59 PDT 2010

American Loan Services LLC, it Designee and

JP Morgan Chase Bank, N.A.
Solomon, Grindle, Silverman & Wintringer
c/o Timothy J. Silverman
12651 High Bluff Drive, Suite 300
San Diego, CA 92130-2023

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

AT&TUniversal Card
PO BOX 44167
Jacksonville, FL 32231-4167

Aurora Loan Services
10350 Park Meadows Dr
Littleton, CO 80124-6800

Aurora Loan Services LLC
c/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

Bank of America
PO BOX 15721
Wilmington, DE 19886-5721

Bank of America
PO BOX 851001
Dallas, TX 75285-1001

CHASE
PO BOX 1598
Wilmington, DE 19899

Canyon Oaks HOA
c/o Exclusive Property Services
27255 Camp Plenty Road
Canyon Country, CA 91351-2634

Chapter 13 Trustee Elizabeth Rojas
Noble Professional Center
15060 Ventura Blvd., Ste 240
Sherman Oaks, CA 91403-2436

Chase
7255 Bay Meadow Way
Jacksonville, FL 32256-6851

Chase Auto Finance
National Bankruptcy Department
201 N. Central Ave AZ1-1191
Phoenix, AZ 85004-0073

Chase Auto Finance Corp
c/o Mary Lautenbach
Nantional Bankruptcy Department
201 N central Ave, AZ1-1191
Phoenix, AZ 85004-0073

Chase Home Finance
PO BOX 78420
Phoenix, AZ 85062-8420

Citi
PO BOX 6286
Sioux Falls, SD 57117-6286

Costco Wholesale
HSBC Retail Service
PO BOX 60148
City Of Industry, CA 91716-0148

Department Stores National Bank
NCO Financial Services
PO BOX 137
Columbus, GA 31902-0137

Discover
PO BOX 3025
New Albany, OH 43054-3025

Discover Bank / DFS Services
PO BOX 3025
New Albany, OH 43054-3025

Equifax Credit Information
Bankruptcy Notification
PO BOX 740241
Atlanta, GA 30374-0241

Experian
Bankruptcy Notification
475 Anton Blvd
Costa Mesa, CA 92626-7037

HSBC Card Service
PO BOX 60102
City Of Industry, CA 91716-0102

HSBC Card Services
PO BOX 60102
City Of Industry, CA 91716-0102

JC Penney
PO BOX 960001
Orlando, FL 32896-0001

JP Morgan Chase Bank
c/o Chase Home Finance LLC
Pite Duncan, LLP
4375 Jutland Dr Ste 200 POB 17933
San Diego, CA 92177-7921

JPMorgan Chase Bank NA
Chase Auto Finance
PO BOX 901032
Fort Worth, TX 76101-2032

JPMorgan Chase Bank, N.A.
201 N CENTRAL AVE
PHOENIX, AZ 85004-0905

LVNV Funding LLC its successors and assigns
assignee of Chase Bank USA, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Macys
PO BOX 6938
The Lakes, NV 88901-6938

Merit Financial Services, Inc
Agent for Services of Process
CSC Lawyers Incorporating Service
2730 Gateway Oaks Dr Ste 100
Sacramento, CA 95833-3503

Ocwen Loan Servicing, LLC
1661 Worthington Rd
Suite 100
West Palm Beach, FL 33409-6493


Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1661 Worthington Rd
Suite 100
West Palm Beach, FL 33409-6493
Phone No: 1-888-554-6599  Fax No: 407-73

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1661 Worthington Rd Ste 100
West Palm Beach, FL 33409-6493

Ocwen Loan Servicing, LLC
PO BOX 785057
Orlando, FL 32878-5057


PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/list Bank Of America
POB 41067
Norfolk VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Ameritech
POB 41067
Norfolk VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Citibank
POB 41067
NORFOLK VA 23541-1067


PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Jc Penney
POB 41067
NORFOLK VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Sears
POB 41067
Norfolk VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Washington Mutual
POB 41067
Norfolk VA 23541-1067


Pite Duncan LLP
Attn John B Acierno III
4375 Jutland Dr Ste 200
PO BOX 17933
San Diego, CA 92177-7921

Quality Loan Service Corp
2141 5th Avenue
TS # CA09-296818-CL
San Diego, CA 92101-2101

Trans Union Credit Bureau
Bankruptcy Notification
PO BOX 2000
Chester, PA 19016-2000


United States Trustee (SV)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367-6550

WASHINGTON MUTUAL
PO BOX 78065
Phoenix, AZ 85062-8065

Alma Diana Aguilar
14836 Kinzie St
North Hills, CA 91343-2415


Elizabeth (SV) F Rojas (TR)
Noble Professional Center
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403-2436

Leroy Bishop Austin
L.Bishop Austin & Associates
3250 Wilshire Blvd Ste 1500
Los Angeles, CA 90010-1608

Mario Roberto Aguilar
14836 Kinzie St
North Hills, CA 91343-2415


End of Label Matrix
Mailable recipients     50
Bypassed recipients      0
Total                   50